## UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

766 SHREWSBURY AVENUE
1ST FLOOR
TINTON FALLS, NJ
(732) 933-9412
FAX: (732) 933-9427

July 9, 2018

<u>Mailing Address:</u>

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

Honorable Stanley R. Chesler
United States District Judge
Martin Luther King Jr. Federal Building & Courthouse
P.O. Box 0999
Newark, NJ 07102-0999

RE: ROSENVINGE, CRIS
DKT NO: 12-00295-001
<u>MEDICAL ISSUE/CONCERN AND
USE OF MEDICAL MARIJUANA
WHILE ON SUPERVISION</u>

Dear Judge Chesler:

The purpose of this correspondence is to obtain Your Honor's position regarding the offender requesting to use Marinol and medical marijuana as prescribed by his physician for medical purposes. This offender was sentenced by Your Honor on September 10, 2014, for Conspiracy to Distribute Marijuana and Money Laundering-Proceeds of Drug Trafficking. As disclosed in the offender's presentence report, the offender was in a motorcycle accident in 2005, which resulted in a traumatic brain injury. As a result of this brain injury, the offender has vision problems, speech issues, cognitive deficits, balance issues, sleep apnea, and a limp when he walks. The offender's physician, Dr. Walter Husar, recently prescribed the offender Marinol while the offender is waiting to be approved for medical marijuana. These prescriptions are being prescribed to treat chronic pain related to musculoskeletal disorders. It should be noted that the offender was also being prescribed Marinol prior to sentencing.

It is at this time that we are requesting your assistance in determining whether the offender may be permitted to obtain the above mentioned prescriptions, specifically Marinol and medical marijuana as recommended by his physician, and use these substances while serving his term of supervision. We would request Your Honor's position be noted in the space at the bottom of this correspondence.

Should Your Honor have any questions and/or need additional information, please contact the undersigned officer at 609-638-6878.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

*Carly T. Schultz*

By: Carly T. Schultz
U.S. Probation Officer

/cts

☒ APPROVED

☐ DISAPPROVED

_____
Signature of Judicial Officer

_____7/11/18_____
Date

ADDITIONAL COMMENTS: